# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

COREY NATHANIEL SMITH,　　　　*
　　　　　　　　　　　　　　　　*
　　　　Plaintiff,　　　　　　　*　　CIVIL ACTION NO.: 5:15-cv-79
　　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
BRIAN K. SMITH; EDINA JOHNSON; and *
DEPARTMENT OF CORRECTIONS,　　　*
GEORGIA,　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　　　Defendants.　　　　　　　*

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation, dkt. no. 7, to which no objections have been filed. After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation and **ADOPTS** the Report and Recommendation as the opinion of the Court.

Therefore, the Court **DISMISSES** Plaintiff's Complaint, brought pursuant to 42 U.S.C. §1983, for failure to prosecute and failure to follow this Court's Orders. Furthermore, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court **DENIES** Plaintiff leave to appeal in forma pauperis. The Clerk of Court is hereby authorized and

AO 72A
(Rev. 8/82)

directed to **CLOSE** this case and to enter an appropriate judgment of dismissal.

**SO ORDERED**, this ____3____ day of ____December____, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA